IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY SWANSON, III, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs | ) CIVIL ACTION NO. 00-H-1560-S |
| | ) |
| OSCAR J. STEPHENSON, JR., et al, | ) |
| | ) |
| Respondent(s). | ) |

**MEMORANDUM OF OPINION**

**ENTERED**
**SEP 19 2000**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections filed, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this _19th_ day of September, 2000.

JAMES H. HANCOCK,
SENIOR JUDGE